1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  FRANK J. RIEBLI (CABN 221152)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-7234
        Frank.Riebli@usdoj.gov
8
   Attorneys for United States of America
9
                   UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,           ) CASE NO. 21-MJ-70157 MAG
           Plaintiff,                    )
14                                       )
                v.                       ) PETITION FOR WRIT OF HABEAS CORPUS
15                                       ) AD PROSEQUENDUM
   IAN BENJAMIN ROGERS,                  )
16                                       )
           Defendant.                    )
17                                       )
                                         )
18

19

20 TO:    The Honorable Laurel Beeler, United States Magistrate Judge for the Northern District of

21        California

22

23        Assistant United States Attorney FRANK J. RIEBLI respectfully requests that the Court issue a

24 Writ of Habeas Corpus Ad Prosequendum for the person of prisoner IAN BENJAMIN ROGERS, whose

25 place of custody or jailor are set forth in the requested Writ, attached hereto.

26        The prisoner, IAN BENJAMIN ROGERS, is required to appear remotely as a defendant in the

27 ///

28 ///

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 21-MJ-70157 MAG

1   above-entitled matter in this Court on the date identified in the writ for his initial appearance and any
2   subsequent proceedings, and therefore petitioner prays that the Court issue the Writ as presented.
3   Dated:  February 1, 2021                         Respectfully Submitted,
4                                                    DAVID L. ANDERSON
                                                     United States Attorney
5
6                                                         /s/
                                                     FRANK J. RIEBLI
7                                                    Assistant United States Attorney

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 21-MJ-70157 MAG

DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

FRANK J. RIEBLI (CABN 221152)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Frank.Riebli@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> IAN BENJAMIN ROGERS, <br><br> Defendant. | CASE NO. 21-MJ-70157 MAG <br><br> [~~PROPOSED~~] ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

Upon motion of the United States of America, and good cause appearing therefore, IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant IAN BENJAMIN ROGERS, before this Court on the date stated in the Writ submitted, or as soon thereafter as practicable, and requiring that the defendant be present remotely for his initial appearance and any subsequent proceedings, is granted and the Writ shall be issued as presented.

DATED: February 18, 2021

_____
HON. LAUREL BEELER
United States Magistrate Judge

[PROPOSED] ORDER
CASE NO. 21-MJ-70157 MAG

# WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: **DONALD M. O'KEEFE, United States Marshal for the Northern District of California or and DINA JOSE, Napa County Director of Corrections** and /or any of their authorized deputies:

Pursuant to the foregoing petition and order, you are directed to produce the body of IAN BENJAMIN ROGERS, who is in the custody of Napa County Department of Corrections, at 1125 Third Street in Napa, California 94559, before the Honorable Laurel Beeler, United States Magistrate Judge for the Northern District of California, located at the San Francisco Federal Courthouse, located at 450 Golden Gate Avenue, 15th Floor, in San Francisco, California 94102, on **Tuesday, February 23, 2021, at 10:30 a.m.**, or as soon thereafter as practicable, on the charges filed against defendant in the above-entitled Court and further to produce said defendant at any subsequent proceedings. A remote appearance will satisfy this Writ.

Should the current custodian release IAN BENJAMIN ROGERS from its custody, you are directed that the defendant immediately be delivered and remanded to the U.S. Marshals for the Northern District of California and/or his authorized deputies under this Writ.

DATED: February 18, 2021

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 21-MJ-70157 MAG