| | |
|---|---|
| STEPHANIE M. HINDS (CABN 154284)<br>Acting United States Attorney<br><br>HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division<br><br>FRANK J. RIEBLI (CABN 221152)<br>Assistant United States Attorney<br><br>450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7200<br>FAX: (415) 436-7234<br>Frank.Riebli | **FILED**<br><br>May 21 2021<br><br>SUSAN Y. SOONG<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN FRANCISCO |

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>IAN BENJAMIN ROGERS,<br><br>    Defendant. | Case No. 21-MJ-70157 MAG<br><br>STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING HEARING |

    On January 26, 2021, the Court issued a criminal complaint charging Ian ROGERS with possession of an unregistered destructive device, in violation of 26 U.S.C. § 5861(d). ROGERS was then (and remains) in custody in Napa County facing weapons charges there. ROGERS appeared in this Court by writ of habeas corpus ad prosequendum and was arraigned on the complaint on February 23, 2021. At that time, the parties agreed to return for a status conference on March 26, 2021. By written stipulation, the parties continued that status conference to April 23, 2021, and then again to May 25, 2021. The parties now ask the Court to continue the status conference to June 25, 2021, at 10:30 a.m.

    Since the initial appearance, the government has obtained and produced a substantial amount of discovery to ROGERS. In addition, on April 3, 2021, the government executed a search warrant at ROGERS's former business in Napa, and seized additional evidence. The government is still processing

that evidence and will produce it to ROGERS as soon as possible.

The parties hereby request that the Court continue the status hearing to June 25, 2021. The continuance will allow the government the time needed to produce the additional discovery to ROGERS and enable both parties to be in a better position to discuss both the pending charge and potential future charges. In addition, it will allow the parties the ability to coordinate with counsel in the parallel state proceeding. ROGERS remains in custody on state charges.

For these reasons, the parties agree that it is appropriate to exclude time under Rule 5.1 and 18 U.S.C. § 3161(b) in order to allow for the effective preparation of counsel.

IT IS SO STIPULATED.

DATED: May 21, 2021               Respectfully submitted,

                                  STEPHANIE M. HINDS
                                  Acting United States Attorney

                                  _____/s/_____
                                  FRANK J. RIEBLI
                                  Assistant United States Attorney



                                  ___/s/ Frank Riebli w/ permission___
                                  COLIN COOPER
                                  Attorney for Ian Rogers

1  **[P~~ROPOSE~~D] ORDER**

2      For the reasons set forth above, the Court hereby continues the status hearing in the above-
3  captioned matter from May 25, 2021 to June 25, 2021 at 10:30 a.m.  Further, to allow for the continued
4  production of discovery and the effective preparation of counsel, the Court finds that the ends of justice
5  served by granting the continuance outweigh the interests of the public and the defendant, and thus the
6  Court excludes that period of time from the running of the speedy trial clock under Rule 5.1 and 18
7  U.S.C. § 3161(b).  The Court further orders the U.S. Marshal and the Director of Corrections of the
8  Napa County Department of Corrections to produce Ian Rogers for the hearing on June 25, 2021, as
9  provided in the writ issued on February 18, 2021 in this matter.
10 IT IS SO ORDERED.

11
12 DATED: May __21__, 2021

                                                    HON. THOMAS S. HIXSON
                                                    United States Magistrate Judge